UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JERMAIN BOYKIN,

                Plaintiff,

    -against-                           17 CIVIL 6869 (KMK)

## JUDGMENT

SGT. LUIS MORENO, et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2020, County Defendants' motion to dismiss is granted, and the Court sua sponte dismisses Beckwith from the action; all Plaintiff's claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
         February 25, 2020

                                                  RUBY J. KRAJICK
                                                   Clerk of Court
                                        BY:
                                                       Deputy Clerk

                                                 THIS DOCUMENT WAS ENTERED
                                                 ON THE DOCKET ON 2/25/2020